

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2014

No. 04-14-00176-CR

Marcus **HIDALGO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1780-CR
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellant's motion for access to the appellate record is granted. We **order** the clerk of this court to send appellant, pro se, a copy of the record. We further **order** appellant's pro se brief is due **September 1, 2014**. Appellant is advised that no extensions of time to file the pro se brief will be granted absent a showing of extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court